# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

REAL LIFE ENTERTAINMENT LLC,                    Civil Action No. 04-73586

        Plaintiff(s),                                    District Judge Patrick J. Duggan
v.                                                                      Magistrate Judge Virginia M. Morgan

EDWIN AMIR,

        Defendant(s).
_____/

## ORDER RENDERING DEFENDANT/COUNTER PLAINTIFF EDWIN AMIR'S MOTION TO COMPEL WITHDRAWN

This matter is before the Court on the above-titled motion.  On **October 18, 2005**, counsel for the moving party advised the Court that the matter had been resolved by the parties.  Therefore, DEFENDANT/COUNTER PLAINTIFF EDWIN AMIR'S MOTION TO COMPEL (D/E 34) is deemed WITHDRAWN.

    **SO ORDERED**.


Dated:  October 19, 2005                     s/ Virginia M. Morgan
                                                          VIRGINIA M. MORGAN
                                                         UNITED STATES MAGISTRATE JUDGE


**Copies sent by U.S. mail or electronic means this date to:**

 Matthew Boettcher, John J. Egan, Jr., Christopher Callahan,  and Scott Sirich